USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

UNITED STATES OF AMERICA,

       -v-

Vlad Neceaev

                     Defendant(s).
----------------------------------------X

CONSENT TO PROCEED BY VIDEOCONFERENCE
1:21 -CR- 00295 At ___ ( ) ( )

Defendant __Vlad Neceaev_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

- ___ Initial Appearance/Appointment of Counsel
- ___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)
- ___ Preliminary Hearing on Felony Complaint
- ___ Bail/Revocation/Detention Hearing
- _X_ Status and/or Scheduling Conference
- ___ Misdemeanor Plea/Trial/Sentence

_____ (By /ansel/)
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)
Vlad Neceaev
_____
Print Defendant's Name

_____
Defense Counsel's Signature
Leo Shalit
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

6/3/2021
_____
Date

_____
ANALISA TORRES
United States District Judge