```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -v.-

VLADISLAV NECEAEV,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**ORDER ACCEPTING PLEA ALLOCUTION**

21 Cr. 295 (AT)

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on March 14, 2022;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

DATED:  New York, New York
          March 28, 2022

_____
THE HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE