USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/28/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

VLADISLAV NECEAEV,

                Defendant.

21 Cr. 295-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The sentencing scheduled for June 14, 2022, is RESCHEDULED to **June 8, 2022**, at **3:00 p.m.** Defendant's sentencing submission is due two weeks before sentencing. The Government's sentencing submission is due one week before sentencing.

SO ORDERED.

Dated: March 28, 2022
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge