```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

VLADISLAV NECEAEV,

                Defendant.

21 Cr. 295-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 29, 2022, the Government moved for a bench warrant to be issued for Defendant and for his pretrial supervised release to be revoked based on alleged violations of the terms of his release. That same day, the Honorable Stewart D. Aaron issued a warrant for Defendant's arrest. ECF No. 116. Defendant is now in custody in the Southern District of Texas.

    Defendant is to be released and shall return to the Southern District of New York. He is to remain within the Southern and Eastern Districts of New York as required by the conditions of his pretrial supervised release. He shall notify his pretrial services officer as soon as he returns to the district.

    Defendant, his counsel, the Government, and his pretrial services officer shall appear before the undersigned on **July 7, 2022**, at **1:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire before being allowed entry into the courthouse. To gain entry to 500 Pearl Street, follow the instructions provided here:

    https://www.nysd.uscourts.gov/covid-19-coronavirus.

    All individuals must practice social distancing at all times in the courthouse. Individuals must wear a N95, KN95, or KF95 mask that covers their nose and mouth at all times in the courthouse. Bandanas, gaiters, cloth masks, surgical masks, and masks with valves are not permitted.

    SO ORDERED.

Dated: July 1, 2022
       New York, New York

                                                                  ANALISA TORRES
                                                                United States District Judge